THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DR. WENDI H. ANDERSON,

    Plaintiff,

v.                                      Case No. 3:18-cv-745

SCHOOL BOARD OF GLOUCESTER COUNTY

    Defendant.

## MOTION FOR SANCTIONS UNDER RULE 37(b)(2)

Defendant School Board of Gloucester County ("School Board"), by counsel, pursuant to Rule 37(b)(2)(A)(i) and (b)(2)(C) of the Federal Rules of Civil Procedure, respectfully moves the Court to enter an Order sanctioning Plaintiff and finding the following facts to be established for purposes of this action: (1) Plaintiff filed her Complaint outside of the 90-day limitations period; and (2) equitable tolling does not apply in this case.

For the reasons set forth in the accompanying Memorandum in Support, the School Board respectfully requests that the Court enter an Order granting its Motion for Sanctions, awarding the School Board reasonable attorneys' fees in connection with the filing of this Motion for Sanctions, and granting it such further relief as the Court may deem appropriate.

Date: August 28, 2020                 Respectfully Submitted,

                                          SCHOOL BOARD OF GLOUCESTER COUNTY

                                          By Counsel

/s/ Pakapon Phinyowattanachip
Pakapon Phinyowattanachip (VSB No. 80799)
Haney Phinyowattanachip PLLC
11 South 12th Street, Suite 300C
Richmond, VA 23219
Telephone: 804-500-0302
Fax: 804-500-0309
pakaponp@haneyphinyo.com
Counsel for the School Board of Gloucester County

## CERTIFICATE OF SERICE

      I hereby certify that on the 28th day of August, 2020, I have electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to counsel of record as follows:

      Steven S. Biss (VSB No. 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone (804) 501-8272
      Facsimile: (202) 318-4098
      Email: stevenbiss@earthlink.net
      Email: stevensbiss@protonmail.ch
           Counsel for Plaintiff

/s/ Pakapon Phinyowattanachip
Pakapon Phinyowattanachip (VSB No. 80799)
Haney Phinyowattanachip PLLC
11 South 12th Street, Suite 300C
Richmond, VA 23219
Telephone: 804-500-0302
Fax: 804-500-0309
pakaponp@haneyphinyo.com
Counsel for the School Board of Gloucester County