IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WENDI H. ANDERSON,

    Plaintiff,

v.                                        Case No. 3:18-cv-745-MHL

THE SCHOOL BOARD OF GLOUCESTER COUNTY

    Defendant.

## ORDER

This matter is before the Court on the Parties' Renewed Joint Motion to Modify Initial Pretrial Order, (ECF No. 75), through which the parties seek an entry of an Order modifying certain provisions of the Initial Pretrial Order entered in this matter.

The Court having found good cause to do so, the Parties' Renewed Joint Motion to Modify Initial Pretrial Order, (ECF No. 75), is **GRANTED**. Deadlines set forth in the Initial Pretrial Order are modified as follows:

1. Defendant shall designate its experts by June 18, 2021, and Plaintiff shall designate any rebuttal expert by July 13, 2021.

2. All discovery must be concluded not later than September 15, 2021.

3. Motions challenging the designation of experts or expert testimony based on Daubert v. Merrell Dow Pharmaceuticals, Inc. shall be filed not later than September 17, 2021. Any hearing on such a motion, if necessary, will take place no later than October 29, 2021, subject to the Court's availability.

4. All dispositive motions shall be filed not later than October 1, 2021. Any hearing

on a dispositive motion, if necessary, shall take place no later than October 29, 2021, subject to the Court's availability.

5. The Parties shall meet and confer regarding stipulated facts by October 22, 2021 and shall file the written stipulations by October 29, 2021.

6. Plaintiff's proposed list of witnesses and exhibits and pleading designating other discovery material to be offered into evidence shall be filed by October 6, 2021, Defendant's proposed list and pleading shall be filed by October 15, 2021, and Plaintiff's rebuttal list and pleading shall be filed by October 21, 2021. Any objection to any witnesses, exhibits, or discovery material shall be noted in an appropriate pleading and filed at least 10 days before trial.

7. All other deadlines for filings and submissions in the Initial Pretrial Order calculated from the date of trial shall remain unchanged.

It is so **ORDERED**.

Entered this 27th day of May, 2021.

/s/
M. Hannah Lauck
United States District Judge

M. Hannah Lauck
United States District Judge