IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WENDI H. ANDERSON,

    Plaintiff,

v.                                      Case No. 3:18-cv-745-MHL

THE SCHOOL BOARD OF GLOUCESTER COUNTY

    Defendant.

## ORDER

This matter is before the Court on the Parties' Joint Motion to Extend Deadline to File Motions Challenging Expert Designation or Testimony, (ECF No. 83), through which the parties seek an entry of an Order extending the deadline to file motions challenging the designation of experts or expert testimony based on Daubert v. Merrell Dow Pharmaceuticals, Inc.

The Court having found good cause to do so, the Parties' Joint Motion to Extend Deadline to File Motions Challenging Expert Designation or Testimony, (ECF No. 83), is **GRANTED**. Motions challenging the designation of experts or expert testimony based on Daubert v. Merrell Dow Pharmaceuticals, Inc. shall be filed not later than October 1, 2021.

It is so **ORDERED**.

Entered this 19th day of August, 2021.

                                                          /s/
                                        M. Hannah Lauck
                                        United States District Judge

                                             M. Hannah Lauck
                                             United States District Judge