IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WENDI H. ANDERSON,
    Plaintiff,

v.                                                            Civil No. 3:18cv745 (DJN)

THE SCHOOL BOARD OF
    GLOUCESTER COUNTY,
    Defendant.

## ORDER
### (Granting Motion to Exclude)

Plaintiff Wendi Anderson ("Plaintiff") brings this action alleging violations of the American with Disabilities Act ("the ADA"). This matter comes before the Court on Defendant School Board of Gloucester County's ("Defendant") Motion to Exclude the Testimonies and Reports of Plaintiff's Expert Witnesses, moving to exclude the testimonies and expert reports of Alan R. Vinitsky, M.D. ("Dr. Vinitsky"), Nancy Didriksen, Ph.D. ("Dr. Didriksen"), and H. Gray Broughton ("Mr. Broughton") pursuant to *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). (ECF No. 90.) For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby GRANTS the Motion to Exclude as to Dr. Vinitsky and

Dr. Didriksen.[1]

Let the Clerk file a copy of this Order electronically and forward a copy to all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: January 10, 2022

---

[1] As to Mr. Broughton, the Motion addresses the scope of his putative testimony, not whether his testimony comports with *Daubert*. Consequently, the Court will address his opinion at a later time if still necessary.